DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE SECURITIES AND EXCHANGE COMMISSION<br><br>Applicant,<br><br>v.<br><br>CONCEPT CAPITAL GROUP, INC., CONCEPT CAPITAL VENTURE FUND, LLC, CORPORATE ORGANIZATIONAL CONSULTANTS, INC., LUNA & VINING APC, AND LUNA LAW GROUP,<br><br>Respondents. | 2:13-cv-00116-GMN-NJK |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY AND ORDER

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit John W. Berry and Ronnie B. Lasky to practice before this honorable Court in all matters relating to the above-captioned case.

1

Mr. Berry and Mr. Lasky are attorneys with the Securities and Exchange Commission, an agency of the federal government. Mr. Berry is a member in good standing of the New York State Bar (No. 2972610), and his application to be admitted before the California State Bar is pending (having passed the examination for admittance in July 2012). Mr. Lasky is a member in good standing of the California State Bar (No. 204364).

The following contact information is provided to the Court:

Los Angeles Regional Office
United States Securities and Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, California 90036-3648
Fax (323) 965-3908

John W. Berry
Regional Trial Counsel
Tel. (323) 965-3890
BerryJ@sec.gov

Ronnie B. Lasky
Staff Attorney
Tel. (323)965-3977
LaskyR@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing John W. Berry and Ronnie B. Lasky to practice before this honorable Court.

Respectfully submitted this 22nd day of January 2013.

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED** this 24th day of January, 2013.

Gloria M. Navarro
United States District Judge