JOHN W. BERRY (*pro hac vice* pending motion to permit appearance)
Email: berryj@sec.gov
RONNIE B. LASKY (*pro hac vice* pending motion to permit appearance)
Email: laskyr@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Blaine T. Welsh (NV Attorney Reg. No. 4790)
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone No.: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov
*Associate Resident Counsel*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>CONCEPT CAPITAL GROUP, INC., CONCEPT CAPITAL VENTURE FUND, LLC, CORPORATE ORGANIZATIONAL CONSULTANTS, INC., LUNA & VINING APC, AND LUNA LAW GROUP,<br><br>Respondents. | 2:13-cv-00116-GMN-~~NJK~~ VCF<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENAS SHOULD NOT BE ISSUED |

1  The Applicant, Securities and Exchange Commission ("Commission"), having filed an Application for an Order to Show Cause and for an Order Compelling Compliance with Administrative Subpoenas against Respondents Concept Capital Group, Inc., Concept Capital Venture Fund LLC, Corporate Organizational Consultants, Inc., Luna & Vining APC and Luna Law Group, the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

IT IS HEREBY ORDERED that the Commission's Application for an Order to Show Cause why an Order Compelling Compliance with Administrative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on March 12, 20~~12~~ 13, at 10:00 A.m., or as soon thereafter as the parties can be heard, the Respondents shall appear before the Honorable Cam Ferenbach, United States ~~District~~ Magistrate Judge, in Courtroom 3D, located at 333 Las Vegas Blvd. S., Las Vegas, Nevada, to show cause, if there be any, why an Order Compelling Compliance with Administrative Subpoenas should not be granted in accordance with the Application filed by the Commission herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order shall be filed by the Respondents with this Court and served on the Commission's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, such that they arrive no later than 5:00 p.m. (PST), on February 15, 2013, and that the Commission's reply papers, if any, be filed with this Court and served on Respondent or its counsel, such that they arrive no later than 5:00 p.m. (PST) on February 25, 2013.

Dated: January 30, 2013

_____
~~U.S. DISTRICT COURT JUDGE~~
U.S. MAGISTRATE COURT JUDGE

1