JOHN W. BERRY (*pro hac vice* pending motion to permit appearance)
Email: berryj@sec.gov
RONNIE B. LASKY (*pro hac vice* pending motion to permit appearance)
Email: laskyr@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

Blaine T. Welsh (NV Attorney Reg. No. 4790)
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
Telephone No.: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov
*Associate Resident Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>CONCEPT CAPITAL GROUP, INC., CONCEPT CAPITAL VENTURE FUND, LLC, CORPORATE ORGANIZATIONAL CONSULTANTS, INC., LUNA & VINING APC, AND LUNA LAW GROUP,<br><br>Respondents. | 2:13-cv-00116-GMN-NJK<br><br>[PROPOSED] ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA |

The Securities and Exchange Commission ("Commission") having applied pursuant to Section 22(b) of the Securities Act of 1933, 15 U.S.C. § 77v(b) and Section 21(c) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(c), for an Order Compelling Compliance with Administrative Subpoenas issued by the Commission, the Court having considered the Memorandum of Points and Authorities in support of the Commission's Application, and all other papers filed in the proceedings herein, and the Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the matter, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Commission's Application for an Order Compelling Compliance with Administrative Subpoenas is GRANTED.

IT IS FURTHER ORDERED that the Custodian(s) of Records of Respondents Concept Capital Group, Inc., Concept Capital Venture Fund LLC, Corporate Organizational Consultants, Inc., Luna & Vining APC and Luna Law Group shall produce all documents called for by Commission's administrative subpoenas, as narrowed by agreement by the Commission on December 5, 2012 and confirmed in writing on December 6, 2012, to the Commission staff on or before __April 12__, 201~~2~~3, at __4__:__00__ p.m., at the Commission's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, pursuant to the Commission administrative subpoenas, each issued on January 10, 2012.

Dated: 3-12-2013

~~U.S. DISTRICT COURT JUDGE~~
U.S. MAGISTRATE COURT JUDGE

1